DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN VIZZI,**
Appellant,

v.

**FIRE AND SECURITY SOLUTIONS, INC.** and **TERRY FERGUSON,**
Appellees.

No. 4D18-0996

[October 25, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502016CA011227XXXXMB.

Eli DuBosar and Howard D. DuBosar of The DuBosar Law Group, P.A., Boca Raton, for appellant.

Nicholas F. Demes and John H. Reynolds of Reynolds & Reynolds, P.L., West Palm Beach, for appellee Terry Ferguson.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, JJ., and KANNER, DANIEL, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***